IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZALE BAKER,

    Plaintiff,

vs.                         CASE NO. 4:08cv28-SPM/WCS

CHAD ANDERSON,
JACK HUBMANN, and
CHIEF WILLIAM WATFORD,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 15) dated June 16, 2008. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.     The magistrate judge's Report and Recommendation (doc. 15) is ADOPTED and incorporated by reference in this order.

    2.     This case is dismissed with prejudice for failure to state a claim

upon which relief may be granted.  The Clerk of Court shall note on the docket that the dismissal is pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

DONE AND ORDERED this 23rd day of July, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv28-SPM/WCS